**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRIAM ROA RESTREPO, | Case No. 2:26-cv-01735-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| KRISTI NOEM, ET AL., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody and reinstate her Order of Release on Own Recognizance with the same conditions in place at the time of her re-detention. **Respondents shall file a notice of compliance within twenty-four hours.** Respondents are enjoined from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating her arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no

conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 23, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2